## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DOLAN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:09-2041** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(BLEWITT, M.J.)** |
| **PENN MILLERS INSURANCE CO.** | : | |
| **and PENN SOFTWARE &** | | |
| **TECHNOLOGY SERVICES** | : | |
| **Defendants** | : | |

### ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    Judge Blewitt's report and recommendations, (Doc. 70), is **ADOPTED IN SUBSTANTIAL PART**;

(2)    The defendants' motion for summary judgment, (Doc. 60), is **GRANTED**;

(3)    The clerk is to enter judgment in favor of defendants Penn Millers Insurance, Co., and Penn Software & Technology Services;

(4)    The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 19, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2009 MEMORANDA\09-2041-01-ORDER.wpd